AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:16-cr-2-JMS-TAB-15 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JEMEL WILLIS | (COMPASSIONATE RELEASE) |

Upon motions of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motions are:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 78 months is reduced to time served as of January 4, 2021. The term of supervised release remains 3 years.

> ☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released.
>
> ☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of November 21, 2017, are unchanged except as follows:
>
> The first 90 days of the defendant's supervised release will be served on conditions of home detention. The defendant is ordered to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

☒ OTHER:

The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on January 4, 2021. The defendant's USM Number is 15402-028. Counsel for the United States is ordered to transmit this Order to the defendant's custodian no later than 5:00 p.m. on December 31, 2020.

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

☒ FACTORS CONSIDERED: See contemporaneously filed sealed Entry.

IT IS SO ORDERED.

Date: 12/30/2020

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel